# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| THOMAS LIPCZYNSKI, | Case No. 18-CV-1466 (NEB/BRT) |
| Petitioner, | |
| v. | ORDER ON REPORT AND RECOMMENDATION |
| RICHARD MARQUES, WARDEN, | |
| Respondent. | |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated September 6, 2018 [ECF No. 13]. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1. Petitioner's petition for a writ of habeas corpus [ECF No. 1] is DENIED; and

2. This action is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: October 12, 2018						BY THE COURT:

								s/Nancy E. Brasel
								Nancy E. Brasel
								United States District Court